UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

Andre R. Levesque

    v.                                     Civil No. 10-cv-123-SM

Merrimack County Probate Court

**O R D E R**

Plaintiff's request to proceed *in forma pauperis* is granted, but pursuant to 28 U.S.C. § 1915, as amended, the filing fee must be paid as follows: the sum of $25.40 is due no later than June 17, 2010. In addition, 20% of each preceding month's income credited to plaintiff's account shall be remitted by the NH State Prison for Men when the amount in the account exceeds $10.00 until the sum of $350.00 has been paid. Failure to pay the fee as ordered will result in dismissal of the action without prejudice. In all other respects plaintiff's request for *in forma pauperis* has been granted.

    SO ORDERED.

                                        /s/ James R. Muirhead
                                        James R. Muirhead
                                        United States Magistrate Judge

Date: May 17, 2010

cc:    Andre R. Levesque, pro se
        Bonnie S. Reed, Financial Administrator
        NH State Prison for Men, Inmate Accounts